**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>William Alexander Parks</u>

    v.                                                 Civil No. 07-cv-173-PB

<u>Town of Hampton Falls,
New Hampshire, et al.</u>

**O R D E R**

Pro se plaintiff William Alexander Parks brings this civil rights action, pursuant to 42 U.S.C. § 1983, alleging violations under the Fourth and Fourteenth Amendments to the United States Constitution (document no. 1).  Named as defendants are the Town of Hampton Falls, New Hampshire ("Town of Hampton Falls"), the Rockingham County Department of Corrections ("RCDOC") and Albert J. Wright, Superintendent of the RCDOC.

The complaint is before me for preliminary review to determine whether, among other things, it states a claim upon which relief may be granted.  <u>See</u> 28 U.S.C. § 1915A; U.S. District Court for the District of New Hampshire Local Rule ("LR") 4.3(d)(2).  For the reasons stated in the Report and Recommendation issued simultaneously herewith, I find that Parks has alleged Fourth and Fourteenth Amendment claims for false

arrest against the unnamed arresting officer employed by the Town of Hampton Falls.  I further find that Parks has alleged a Fourth and Fourteenth Amendment claim for false imprisonment against Wright.  I recommend dismissal of all remaining claims.

With the exception of the unnamed arresting officer, Parks has filed the necessary summons form, therefore, I order the complaint to be served on the remaining defendant, Wright.  The Clerk's office is directed to issue the necessary summons form and forward to the United States Marshal for the District of New Hampshire (the "U.S. Marshal's office") the summons and copies of the complaint, the report and recommendation issued simultaneously with this order, and this order.  Upon receipt of the necessary documentation, the U.S. Marshal's office shall effect service upon the defendants.  See Fed. R. Civ. P. 4(c)(2).

Defendants are instructed to answer or otherwise plead within twenty days of service.  See Fed. R. Civ. P. 12(a)(1)(A).

Parks is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendants by delivering or mailing the materials to them or

their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

    **SO ORDERED.**

                                          _/s/ James R. Muirhead_
                                          James R. Muirhead
                                          United States Magistrate Judge

Date:     October 17, 2007

cc:       William Alexander Parks, pro se