UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Parks</u>

     v.         07-cv-173-PB

<u>Hampton Falls, et al.</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 17, 2007, no objection having been filed.

SO ORDERED.


December  10, 2007      /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge


cc: William Parks, Pro se
   Michael Ricker, Esq.